# United States Court of Appeals for the Federal Circuit

---

**MEMORYWEB, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2024-1322

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2022-00034.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 19, 2025
Date

Jarrett B. Perlow
Clerk of Court